292 U.S. 641
 54 S.Ct. 774
 78 L.Ed. 1493
 CONTINENTAL CASUALTY COMPANY, petitioner,
v.
The UNITED STATES of america, for the use of W. Howard AINSWORTH, Trustee, etc.*
 No. 941.
 Supreme Court of the United States
 May 7, 1934
 
 Mr. William P. Smith, of Chicago, Ill., for petitioner.
 
 
 1
 For opinion below, see 68 F.(2d) 577.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied.
 
 
 
 *
 Rehearing denied 292 U. S. 615, 54 S. Ct. 862, 78 L. Ed.